# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DIANDRE COLLIER aka CARMIN COLLIER,

    Plaintiff,

V.

CITY OF CHICAGO and CHICAGO POLICE OFFICER MAHMOUD HALEEM (#14193),

    Defendants.

CASE NUMBER: 22-cv-02865

ASSIGNED JUDGE: Judge John J. Tharp, Jr.

DESIGNATED MAGISTRATE JUDGE: Judge Jeffrey Cummings

**TO:** (Name and address of Defendant)

City of Chicago
City Clerk's Office
City Hall
121 N. LaSalle St., #107A
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashley Rodriguez and Dean Meyer
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RECEIVED 2022 JUL 21 AM 11:01 OFFICE OF THE CITY CLERK

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

June 7, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/21/22 |
| NAME OF SERVER (PRINT) Ron W Waters | TITLE private detective |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _office of the city clerk_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/21/2022                   _Ronald White_
                  Date                    Signature of Server

                                         _53 W. Jackson chgo Il._
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.