AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DIANDRE COLLIER aka CARMIN COLLIER,

        Plaintiff,

        V.

CITY OF CHICAGO and CHICAGO POLICE OFFICER
MAHMOUD HALEEM (#14193),

        Defendants.

CASE NUMBER:     22-cv-02865

ASSIGNED JUDGE:     Judge John J. Tharp, Jr.

DESIGNATED
MAGISTRATE JUDGE:     Judge Jeffrey Cummings

TO: (Name and address of Defendant)

Mahmoud Haleem (14193), Chicago Police Officer
Chicago Police Department
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashley Rodriguez and Dean Meyer
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

June 7, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/21/2022 |
|---|---|
| NAME OF SERVER (PRINT) Ronald Winters | TITLE private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Chicago police Department legal affairs Division

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/22 _____ _Ronald Winter_____
                    Date          Signature of Server

_53 W. Jackson chgo. IL._
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.